**Electronically Filed**
**Supreme Court**
**SCWC-29597**
**09-MAR-2011**
**09:40 AM**

NO. SCWC-29597

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

COMPUSA STORES LP,
Respondent/Taxpayer-Appellant,

vs.

DEPARTMENT OF TAXATION, STATE OF HAWAIʻI,
Petitioner/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(TX05-0065)

<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>
(By: Recktenwald, C.J., for the court[1])

Upon consideration of Respondent/Taxpayer-Appellant's Motion for Reconsideration filed on March 3, 2011, and pursuant to Hawaiʻi Rules of Appellate Procedure Rule 40(d),

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, March 9, 2011.

/s/ Mark E. Recktenwald

Chief Justice



---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and Circuit Judge Lee, assigned by reason of vacancy.